UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| DAVID Q. GALASSI, | ) | Case No. 04-40361 |
| | ) | |
| Debtor. | ) | Hon. JOHN D. SCHWARTZ |

**EXHIBIT C TO TRUSTEE'S FINAL REPORT
RECEIPTS AND DISBURSEMENTS**

DEPOSITORY:    BANK OF AMERICA, N.A.
               BofA - Money Market Account 3758835003

## I. RECEIPTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| See Form 2 - Attached | | |
| | TOTAL | $ 27,107.27 |

## II. DISBURSEMENTS

| DATE/CHECK # | PAYEE/DESCRIPTION | AMOUNT |
|---|---|---|
| See Form 2 - Attached | | |
| | TOTAL | $ 0.00 |

**RECAPITULATION:**

| | | |
|---|---|---|
| | TOTAL RECEIPTS | $ 27,107.27 |
| | DISBURSEMENTS | $ 0.00 |
| | **NET CASH AVAILABLE** **as of August 15, 2007** | $ 27,107.27 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| | |
|---|---|
| Case No: | 04-40361 -JDS |
| Case Name: | GALASSI, DAVID Q |
| Taxpayer ID No: | *******7625 |
| For Period Ending: | 08/14/07 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5003  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/20/05 | 2 | First American Title Insurance Company<br>30 N. LaSalle Street, Suite 2220<br>Chicago, IL 60602 | Net proceeds sale of house | 1110-000 | 24,191.93 | | 24,191.93 |
| 12/30/05 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.48 | | 24,195.41 |
| 01/31/06 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 12.34 | | 24,207.75 |
| 02/20/06 | 7 | Herbert R. Buetow<br>Attorney at Law<br>Client Fund Account<br>11 E. Schaumburg Road, 2nd Floor<br>Schaumburg, IL 60194 | Settlement Prop & Ins claims | 1290-000 | 2,500.00 | | 26,707.75 |
| 02/28/06 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.72 | | 26,725.47 |
| 03/31/06 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.70 | | 26,748.17 |
| 04/28/06 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.98 | | 26,770.15 |
| 05/31/06 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.74 | | 26,792.89 |
| 06/30/06 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.02 | | 26,814.91 |
| 07/31/06 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.77 | | 26,837.68 |
| 08/31/06 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.79 | | 26,860.47 |
| 09/29/06 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.07 | | 26,882.54 |
| 10/31/06 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.84 | | 26,905.38 |
| 11/30/06 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.11 | | 26,927.49 |
| 12/29/06 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.86 | | 26,950.35 |
| 01/31/07 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.89 | | 26,973.24 |
| 02/28/07 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.69 | | 26,993.93 |
| 03/30/07 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.92 | | 27,016.85 |
| 04/30/07 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.22 | | 27,039.07 |
| 05/31/07 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.96 | | 27,062.03 |
| 06/29/07 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.24 | | 27,084.27 |
| 07/31/07 | 1 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 23.00 | | 27,107.27 |

Page Subtotals    27,107.27    0.00

Ver: 12.10a

LFORM24

| Case No: | 04-40361 -JDS | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | GALASSI, DAVID Q | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ·······5003 BofA - Money Market Account |
| Taxpayer ID No: | ·······7625 | | |
| For Period Ending: | 08/14/07 | Blanket Bond (per case limit) | $ 5,000,000.00 |
| | | Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 27,107.27 | 0.00 | 27,107.27 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 27,107.27 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 27,107.27 | 0.00 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | BofA - Money Market Account - ········5003 | | 27,107.27 | 0.00 | 27,107.27 |
| | | | | | ------------- | ------------- | ------------- |
| | | | | | 27,107.27 | 0.00 | 27,107.27 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver 12.10a

LFORM24