UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 |
| ) | |
| DAVID Q. GALASSI, ) | Case No. 04-40361 |
| ) | |
| Debtor. ) | Hon. JOHN D. SCHWARTZ |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, IL

    On: **November 1, 2007**        Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                      $27,107.27

    Disbursements                                                                              $0.00

    Net Cash Available for Distribution                                            $27,107.27

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE *Trustee Fees and Expenses* | $0.00 | $3,460.73 | $82.61 |
| UNGARETTI & HARRIS LLP *Attorney for Trustee Fees and Expenses* | $0.00 | $20,000.00 | $491.09 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,191.29 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 96.288%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Cathy M Galassi | $3,191.29 | $3,072.84 |

7.  Claims of general unsecured creditors totaling $95,894.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Discover Bank/Discover Financial SE | $17,811.30 | $0.00 |
| 000003 | Bank Of America, NA (USA) | $9,366.83 | $0.00 |
| 000005 | American Express Bank FSB | $24,145.81 | $0.00 |
| 000006 | American Express Centurion Bank | $25,381.18 | $0.00 |
| 000007 | B-Line, LLC/ Chase Bank USA, N.A. | $10,936.07 | $0.00 |
| 000008 | Citibank (USA) NA | $8,253.77 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a clerk in Other Defaults in Trustee setup, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Debtor's discharge was entered by the Court on February 2, 2005.

11. The Trustee proposes to abandon the following property at the hearing:

    | Name of Property | Scheduled Value |
    |---|---|
    | CASH ON HAND (West Town Bank) | $200.00 |
    | HOUSEHOLD GOODS | $400.00 |
    | WEARING APPAREL | $500.00 |
    | HOUSEHOLD GOODS (Tools) | $1,000.00 |

Dated: **October 3, 2007**                    For the Court,

                                By:   **KENNETH S. GARDNER**
                                      KENNETH S. GARDNER
                                      CLERK OF THE COURT

Trustee:    R. Scott Alsterda
Address:    3500 Three First National Plaza
            70 West Madison Avenue
            Chicago, IL  60602-4283
Phone No.:  (312) 977-4400