UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| DAVID Q. GALASSI, ) | Case No. 04-40361 | |
| ) | | |
| Debtor. ) | Hon. JOHN D. SCHWARTZ | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, IL

    On: **November 1, 2007**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                     $27,107.27

    Disbursements                                                                              $0.00

    Net Cash Available for Distribution                                          $27,107.27

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

1

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE<br>*Trustee Fees and Expenses* | $0.00 | $3,460.73 | $82.61 |
| UNGARETTI & HARRIS LLP<br>*Attorney for Trustee Fees and Expenses* | $0.00 | $20,000.00 | $491.09 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,191.29 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 96.288%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Cathy M Galassi | $3,191.29 | $3,072.84 |

7. Claims of general unsecured creditors totaling $95,894.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Discover Bank/Discover Financial SE | $17,811.30 | $0.00 |
| 000003 | Bank Of America, NA (USA) | $9,366.83 | $0.00 |
| 000005 | American Express Bank FSB | $24,145.81 | $0.00 |
| 000006 | American Express Centurion Bank | $25,381.18 | $0.00 |
| 000007 | B-Line, LLC/ Chase Bank USA, N.A. | $10,936.07 | $0.00 |
| 000008 | Citibank (USA) NA | $8,253.77 | $0.00 |

2

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a clerk in Other Defaults in Trustee setup, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Debtor's discharge was entered by the Court on February 2, 2005.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CASH ON HAND (West Town Bank) | $200.00 |
| HOUSEHOLD GOODS | $400.00 |
| WEARING APPAREL | $500.00 |
| HOUSEHOLD GOODS (Tools) | $1,000.00 |

Dated: **October 3, 2007**       For the Court,

By: **KENNETH S. GARDNER**
KENNETH S. GARDNER
CLERK OF THE COURT

Trustee:   R. Scott Alsterda
Address:   3500 Three First National Plaza
           70 West Madison Avenue
           Chicago, IL  60602-4283
Phone No.: (312) 977-4400

3

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 04-40361   Doc 38   Filed 10/03/07   Entered 10/06/07 00:19:08   Desc Imaged
                         Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2             Date Rcvd: Oct 03, 2007
Case: 04-40361                 Form ID: pdf002              Total Served: 37

The following entities were served by first class mail on Oct 05, 2007.
db         +David Q Galassi,    3647 Sunnyside Ave,    Brookfield, IL 60513-1629
aty         Alex Pirogovsky,    Ungaretti & Harris LLP,    3500 Three First National Plaza,
              Chicago, IL  60602
aty        +John C Ruddy,    Ruddy, Milroy & King,    1700 N Farnsworth Ave  Suite 12,    Aurora, IL 60505-1186
tr          R Scott Alsterda,    Ungaretti & Harris LLP,    3500 Three First National Plaza,
              Chicago, IL  60602
8638275     Alliance One Receivables Management, Inc,    4797 Ruffner Street,    San Diego, CA  92111-1519
8638276    +AllianceOne,    Pacific Coast Division,    4797 Ruffner St.,    San Diego, CA 92111-1519
8638277    +Allied Door,    P.O. Box 817,    Lombard, IL 60148-0817
8638278     America Online,    Cardmember Service,    P.O. Box 8650,    Wilmington, DE  19899-8650
8638279    +American Express,    Customer Service,    77 American Expressway,    Ft. Lauderdale, FL 33337-0001
10680111    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10680632    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
8638280     At&T Universal Card,    Cardmember Services,    P.O. Box 44167,    Jacksonville, FL  32231-4167
8638281     Attention,    P.O. Box 2508,    Sherman, TX  75091-2508
8638282     Bank of America,    P.O. Box 5270,    Carol Stream, IL  60197-5270
8638283     Bank of America,    P.O. Box 1390,    Norfolk, VA  23501-1390
8638284     Bank One,    P.O. Box 8650,    Wilmington, DE  19899-8650
10668218    Bank of America, NA (USA),    PO Box 26012,    NC4-105-03-14,    Greensboro, NC 27420-6012
8638285    +Blatt,Hasenmiller, Leibsker & Moore, LLC,    125 South Wacker Dr., Suite 400,
              Chicago, IL 60606-4440
8638286    +Bonded Collection Corporation,    29 East Madison Street, Suite 1650,    Chicago, IL 60602-4435
10587666   +Cathy  M Galassi,    503 Beach,    LaGrange Pk, IL 60526-5715
8638287    +Chicago Women At Law,    33 West Jackson Boulevard, Suite 200,    Chicago, IL 60604-4149
8638288     Citi Cards,    P.O. Box 142319,    Irving, TX  75014-2319
8638289    +Citi Cards,    P.O. Box 6000,    The Lakes, NV 89163-0001
10746156   +Citibank (USA) NA,    PO Box 182149,    Columbus, OH 43218-2149
8638291    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court:  Fifth Third Bank,    Customer Service,
              MD 1MOC2G-4050, 38 Fountain Square Plaza,    Cincinnati, OH  45263)
8638293    +Home Depot Credit Services,    P.O. Box 8075,    Layton, UT 84041-8075
8638292     Home Depot Credit Services,    P.O. Box 6029,    The Lakes, NV  88901-6029
8638296    +NCO Financial Systems, Inc.,    507 Prudential Road,,    Horsham, PA 19044-2368
8638295     Nationwide Credit, Inc.,    3600 E. University Dr., Ste B1350,    Phoenix, AZ  85034-7296
8638294     Nationwide Credit, Inc.,    P.O. Box 20664,    Phoenix, AZ  85036-0664
8638297     Sears Gold Mastercard,    P.O. Box 182156,    Columbus, OH  43218-2156
8638298    +The Home Depot CRC,    P.O. Box 103047,    Roswell, GA 30076-9047
8638299    +West Town Savings Bank,    7820 W. 26th St.,    North Riverside, IL 60546-1599
8638300    +Zwicker & Associates, P.C.,    Zwicker Notice #AMX002,    800 Federal Street,
              Andover, MA 01810-1067
The following entities were served by electronic transmission on Oct 04, 2007.
10720313   +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Oct 04 2007 08:21:46
              B-Line, LLC/ Chase Bank USA, N.A.,    B-Line, LLC,    Mail Stop 550,    2101 4th Ave, Ste 1030,
              Seattle, WA 98121-2317
8638282     E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 04 2007 07:59:34      Bank Of America,
              P.O. Box 5270,    Carol Stream, IL  60197-5270
8638283     E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 04 2007 07:59:21      Bank Of America,
              P.O. Box 1390,    Norfolk, VA  23501-1390
10668218    E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 04 2007 07:59:33
              Bank of America, NA (USA),    PO Box 26012,    NC4-105-03-14,    Greensboro, NC 27420-6012
10647638    E-mail/PDF: mrdiscen@discoverfinancial.com Oct 04 2007 08:23:09
              Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, Oh 43026
8638290     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 04 2007 08:23:09      Discover Card,
              P.O. Box 30395,    Salt Lk City, UT  84130-0395
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Ungaretti & Harris LLP
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Oct 03, 2007
Case: 04-40361                Form ID: pdf002          Total Served: 37

                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2007**                          **Signature:**        _/s/ Joseph Speetjens_