UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 7 CASE |
| DAVID Q. GALASSI, | ) |
| | ) |
| | ) CASE NO. 04-40361-JDS |
| | ) |
| | ) |
| Debtor. | ) HONORABLE JOHN D. SCHWARTZ |

**TRUSTEE'S FINAL ACCOUNT AND**
**APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

To:   THE HONORABLE JOHN D. SCHWARTZ
       BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached as Group Exhibit "A".

All checks have been cashed. Evidence of cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit "B."  Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

                                                           Respectfully Submitted

                                                           R. SCOTT ALSTERDA, TRUSTEE

DATE:  March 31, 2008                 /s/ R. Scott Alsterda

R. SCOTT ALSTERDA, Trustee
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL  60602-4283
(312) 977-4400
(312) 977-4405 (Fax)
rsalsterda@uhlaw.com